# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:11-cv-00161-MR

| | | |
|---|---|---|
| HOWARD R. GUFFEY and Spouse, GAIL E. GUFFEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| A.W. CHESTERTON COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 19].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 19] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant A.W. Chesterton Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**     Signed: July 1, 2013

Martin Reidinger
United States District Judge