THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00161-MR

| | |
|---|---|
| HOWARD R. GUFFEY, et al., ) ) Plaintiffs, ) ) vs. ) ) A.W. CHESTERTON COMPANY, et al., ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Plaintiff's Notice of Suggestion of Bankruptcy and Notice of Automatic Stay regarding the Defendant National Service Industries, Inc. [Doc. 23].

The Notice of Bankruptcy of Defendant National Service Industries, Inc. requires that the action be stayed as to that Defendant.

**IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to Defendant National Service Industries, Inc.

**IT IS SO ORDERED.**

Signed: July 10, 2013

Martin Reidinger
United States District Judge