# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11-cv-00161-MR

| | |
|---|---|
| HOWARD R. GUFFEY and Spouse,<br>GAIL E. GUFFEY,<br><br>          Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY,<br>et al.,<br><br>          Defendants. | **O R D E R** |

**THIS MATTER** is before the Court upon notification by the parties that this matter has been completely settled.

In light of the parties' apparent settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the parties shall file a memorandum of settlement with the Court setting out the basic terms of the parties' settlement agreement. Such memorandum may be filed under seal.

**IT IS FURTHER ORDERED** that the Defendants shall pay all sums required by the parties' settlement agreement and the parties shall file all

such documents with the Court so as to effectuate the closing of the Court file within sixty (60) days of the entry of this Order, unless additional time is sought and granted by the Court.

**IT IS FURTHER ORDERED** that the final pretrial conference currently scheduled for October 31, 2013 is hereby **CANCELLED**.

The Clerk of Court is respectfully directed to remove this case from the November 12, 2013 trial calendar.

**IT IS SO ORDERED.** Signed: October 25, 2013

Martin Reidinger
United States District Judge