THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00161-MR

| | |
|---|---|
| HOWARD R. GUFFEY and Spouse, ) <br> GAIL E. GUFFEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> A.W. CHESTERTON COMPANY, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Daniel International Corporation [Doc. 28].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 28] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Daniel International Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**   Signed: April 25, 2014

Martin Reidinger
United States District Judge