THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00161-MR

| | |
|---|---|
| HOWARD R. GUFFEY and Spouse, )<br>GAIL E. GUFFEY, )<br>   )<br>   Plaintiffs, )<br>   )<br>vs. )<br>   )<br>   )<br>A.W. CHESTERTON COMPANY, )<br>et al., )<br>   )<br>   Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 33].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 33] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant CertainTeed Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 6, 2014

Martin Reidinger
United States District Judge